**Order entered January 28, 2019**



**In The**

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-01266-CV

**MARTIN BETTWIESER, Appellant**

**V.**

**SANDRA K. JEFFERY, F/N/A SANDRA K. DILL INDIVIDUALLY AND AS ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF THOMAS KARL BETTWIESER, DECEASED AND KEVIN JEFFERY, Appellees**

**On Appeal from the County Court at Law**
**Bastrop County, Texas**
**Trial Court Cause No. 17-18735**

## ORDER

Before the Court is appellant's January 22, 2019 motion requesting a sixty-day extension of time to file a brief. We **GRANT** the motion **to the extent** appellant shall file a brief by **February 27, 2019**.

Also before the Court is appellant's January 23, 2019 motion for order to release the electronic audio recording. We **DENY** the motion.

/s/    ERIN A. NOWELL
       JUSTICE